IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DANTE G. FREDRICK,

    Petitioner,

v.

STATE OF GEORGIA,

    Respondent.

CIVIL ACTION NO.: 2:20-cv-60

## O R D E R

The named Respondent has moved to dismiss Petitioner's action for habeas corpus relief. Doc. 7.  The Court hereby **ORDERS** Petitioner to file any objections to Respondent's motion for dismissal or to otherwise inform the Court of his decision not to object to Respondent's motion within 14 days of the date of this Order.  If Petitioner does not respond to Respondent's motion within 14 days, the Court will determine that there is no opposition to the motion and will grant the motion as unopposed and for failure to follow this Court's Order.

**SO ORDERED**, this 17th day of August, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA