

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 1:40 pm, Oct 07, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DANTE G. FREDRICK, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:20-cv-60 |
| | * | |
| v. | * | |
| | * | |
| STATE OF GEORGIA, | * | |
| | * | |
| Respondent. | * | |

## ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 10. Petitioner Dante Fredrick ("Fredrick") did not file Objections to the Report and Recommendation.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Fredrick's 28 U.S.C. § 2254 Petition, **DENIES as moot** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Fredrick *in forma pauperis* status on

AO 72A
(Rev. 8/82)

appeal and a Certificate of Appealability.

SO ORDERED, this ___7___ day of ___October___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA