AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

FILED
John E. Triplett, Acting Clerk
United States District Court

*By MGarcia at 9:10 am, Oct 08, 2020*

DANTE G. FREDRICK

## JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:20-CV-60

STATE OF GEORGIA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated October 7, 2020; the Report and Recommendations of the Magistrate Judge are ADOPTED as the opinion of this Court. Respondent's Motion to Dismiss is DENIED as moot and Fredrick's Petition is DISMISSED without prejudice. Petitioner is DENIED in forma pauperis status on appeal and a Certificate of Appealability. This civil action stands closed.

Approved by: _____
         HON. LISA GODBEY WOOD, JUDGE

_____  October 7, 2020 _____
Date

John Triplett, Acting Clerk of Court
Clerk

_Megan Garcia_
*(By) Deputy Clerk*

GAS Rev 10/1/03